NATHAN SHAFFER (CA SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1 415 773 5700

ANGELA COLT (CA SBN 286275)
acolt@orrick.com
HILDA OBENG (admitted *pro hac vice*)
hobeng@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: +1 212 506 5000

JAKE O'NEAL (CA SBN 332827)
jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: +1 213 629 2020

*Attorneys for Plaintiff*
Williams-Sonoma, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LAST BRAND, INC. D/B/A QUINCE,<br><br>Defendant. | Case No. 5:25-cv-10118-EJD (SVKx)<br><br>**DECLARATION OF NATHAN SHAFFER IN SUPPORT OF STIPULATION EXTENDING TIME TO AMEND COMPLAINT AND SETTING BRIEFING SCHEDULE** |

I, Nathan Shaffer, declare and state as follows:

1. I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, and counsel of record to Williams-Sonoma, Inc. ("WSI") in the above-captioned matter. I submit this declaration in support of the parties' Stipulation and [Proposed] Order Extending Time to Amend Complaint and Setting Briefing Schedule. I have personal knowledge of the facts set forth in this declaration, and I could competently testify thereto if called upon to do so.

2. WSI filed its complaint on November 21, 2025 (ECF No. 1). Quince moved to dismiss (ECF No. 21), which was granted with leave to amend within 21 days on September 30, 2026 (ECF No. 39).

3. The Parties subsequently conferred and stipulated, subject to Court approval, that WSI's deadline to file an amended complaint will be extended to November 4, 2026. The Parties also agreed to a noticed hearing date of February 18, 2027, or as soon thereafter as the Court is available, for any motion filed in response to the amended complaint, with the motion filed on or before December 9, 2026, the opposition filed on or before January 13, 2027, and the reply filed on or before February 3, 2027.

4. The requested extensions are made in good faith, not for the purposes of delay, and are not expected to have any substantial effect on the schedule for the Action. Discovery is presently stayed pending resolution of pleading issues (ECF No. 38). The additional time is required due to preexisting case commitments for the Parties, for WSI to address the Court's dismissal order via an amended complaint, and for Quince to address the resulting amended complaint.

5. Quince previously requested and the WSI agreed to extend Quince's time to respond to the initial Complaint, and the Parties agreed to a similar briefing schedule as to the one agreed to for the amended complaint, which was granted (ECF No. 14).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of October 2026.

*/s/ Nathan Shaffer*

Nathan Shaffer