NATHAN SHAFFER (CA SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1 415 773 5700

ANGELA COLT (CA SBN 286275)
acolt@orrick.com
HILDA OBENG (admitted *pro hac vice*)
hobeng@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: +1 212 506 5000

JAKE O’NEAL (CA SBN 332827)
jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: +1 213 629 2020

*Attorneys for Plaintiff*
Williams-Sonoma, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LAST BRAND, INC. D/B/A QUINCE,<br><br>Defendant. | Case No. 5:25-cv-10118-EJD (SVK)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO AMEND COMPLAINT AND SETTING BRIEFING SCHEDULE** |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and subject to the Court's approval, Plaintiff Williams-Sonoma, Inc. ("WSI") and Defendant Last Brand, Inc. d/b/a Quince ("Quince") (together, Quince and WSI are the "Parties") respectfully submit this stipulated request for an order extending WSI's deadline to amend the complaint, set Quince's deadline to respond, and setting a briefing schedule should that response be a motion.

WHEREAS, WSI filed the Complaint on November 1, 2025 (ECF No. 1);

WHEREAS, the Court granted Quince's motion to dismiss and dismissed the Complaint on September 30, 2026, with leave to amend within 21 days, or October 21, 2026 (ECF No. 39);

WHEREAS, WSI intends to file an amended complaint;

WHEREAS, WSI has requested and Quince has agreed to a short extension of time for WSI to file an amended complaint;

WHEREAS, the Parties agreed to a briefing schedule that accommodates the Parties' schedules should Quince elect to file a motion in response to the amended complaint;

WHEREAS, the Parties agreed that the foregoing scheduling accommodations are reasonable and should not have any substantial effect on the schedule of the case;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, that WSI shall file an amended complaint on or before November 4, 2026; Quince's response to the amended complaint shall be due on or before December 9, 2026, WSI's opposition shall be due on or before January 13, 2027, and Quince's reply shall be due on or before February 3, 2027; and the noticed hearing date for any motion filed in response to the amended complaint shall be February 18, 2027, or as soon thereafter as the Court is available.

SO STIPULATED.

[*signatures on next page*]

Dated: October 13, 2026

*/s/ Nathan Shaffer*
Nathan Shaffer (CA SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St
San Francisco, CA 94105
Telephone: +1 415 773 5700

Angela Colt (CA SBN 286275)
acolt@orrick.com
Hilda Obeng (admitted *pro hac vice*)
hobeng@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd St
New York, NY 10019
Telephone: +1 212 506 5000

Jake O'Neal (CA SBN 332827)
jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S Grand Ave, Ste 2700
Los Angeles, CA 90071
Telephone: +1 213 629 2020

*Attorneys for Plaintiff*
Williams-Sonoma, Inc.

Dated: October 13, 2026

*/s/ Jeffrey H. Warshafsky*
Bart H. Williams (SBN 134009)
Simona Weil (SBN 316449) Proskauer Rose LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
bwilliams@proskauer.com
sweil@proskauer.com

Baldassare Vinti*
Jeffrey H. Warshafsky*
Alisha Gupta*
Proskauer Rose LLP
11 Times Square New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
bvinti@proskauer.com
jwarshafsky@proskauer.com
agupta@proskauer.com

* Admitted *Pro Hac Vice*

*Attorneys for Defendant*
Last Brand, Inc. d/b/a Quince

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 14, 2026

The Honorable Edward J. Davila
U.S. District Judge