NATHAN SHAFFER (CA SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: +1 415 773 5700

ANGELA COLT (CA SBN 286275)
acolt@orrick.com
HILDA OBENG (admitted *pro hac vice*)
hobeng@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: +1 212 506 5000

JAKE O'NEAL (CA SBN 332827)
jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone: +1 213 629 2020

*Attorneys for Plaintiff*
Williams-Sonoma, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LAST BRAND, INC. D/B/A QUINCE,<br><br>Defendant. | Case No. 5:25-cv-10118-EJD (SVKx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Williams-Sonoma, Inc. ("WSI") voluntarily dismisses this action without prejudice.

Dated: November 3, 2026

*/s/ Nathan Shaffer*
Nathan Shaffer (CA SBN 282015)
nshaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St
San Francisco, CA 94105
Telephone: +1 415 773 5700

Angela Colt (CA SBN 286275)
acolt@orrick.com
Hilda Obeng (admitted *pro hac vice*)
hobeng@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd St
New York, NY 10019
Telephone: +1 212 506 5000

Jake O'Neal (CA SBN 332827)
jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S Grand Ave, Ste 2700
Los Angeles, CA 90071
Telephone: +1 213 629 2020

*Attorneys for Plaintiff*
Williams-Sonoma, Inc.